**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Milwaukee Area Office**

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Milwaukee Direct Dial: (414) 662-3680
FAX (414) 297-4133 & 3146
Website: www.eeoc.gov

August 11, 2026

Tamara Austin
4022B Griner Cove
Matthews, WI 28105
Tamararaustin@gmail.com

Re: Austin v Ascension Health
EEOC Charge Number: 443-2026-00356

Dear Ms. Austin:

The EEOC has determined that the agency will not proceed further with its investigation of your charge. EEOC makes no determination about whether further investigation would establish violations of the statute(s). The EEOC has completed the processing of your charge. EEOC is issuing to you a Determination and Notice of Rights, which will allow you to pursue your claims further by filing a private lawsuit within ninety (90) days of your receipt of EEOC's official notice of dismissal.

Sincerely,

***Monica Lozer***

Monica Lozer
Federal Investigator

Cc: Jeanesq1@aol.com